COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
RIGEL PHARMACEUTICALS, INC., JAMES M. GOWER,
RYAN D. MAYNARD, DONALD G. PAYAN, RAUL R.
RODRIGUEZ, ELLIOTT B. GROSSBARD, JEAN DELEAGE,
BRADFORD S. GOODWIN, GARY A. LYONS, WALTER H.
MOOS, HOLLINGS C. RENTON, PETER S. RINGROSE, and
STEPHEN A. SHERWIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTER-LOCAL PENSION FUND GCC/IBT, On Behalf of Itself and All Others Similarly Situated,, <br><br> Plaintiff, <br><br> v. <br><br> RIGEL PHARMACEUTICALS, INC., JAMES M. GOWER, RYAN D. MAYNARD, DONALD G. PAYAN, RAUL R. RODRIGUEZ, ELLIOTT B. GROSSBARD, JEAN DELEAGE, BRADFORD S. GOODWIN, GARY A. LYONS, WALTER H. MOOS, HOLLINGS C. RENTON, PETER S. RINGROSE, STEPHEN A. SHERWIN, CREDIT SUISSE SECURITIES (USA) LLC, THOMAS WEISEL PARTNERS, LLC, OPPENHEIMER & CO. INC. and JEFFERIES & COMPANY, INC., <br><br> Defendants. | Case No.  CV 09-00546 JSW <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] CONSOLIDATION ORDER <br><br> JURY TRIAL DEMANDED |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW

1   RODNEY SHIPWAY, Individually and On     Case No.  C 09-00766 SI
   Behalf of All Others Similarly Situated,,

2

3               Plaintiff,

4      v.

5   RIGEL PHARMACEUTICALS, INC.,
   JAMES M. GOWER, RYAN D.

6   MAYNARD, DONALD G. PAYAN, RAUL
   R. RODRIGUEZ, ELLIOTT B.

7   GROSSBARD, JEAN DELEAGE,
   BRADFORD S. GOODWIN, GARY A.

8   LYONS, WALTER H. MOOS, HOLLINGS
   C. RENTON, PETER S. RINGROSE,

9   STEPHEN A. SHERWIN, CREDIT SUISSE
   SECURITIES (USA) LLC, THOMAS

10   WEISEL PARTNERS, LLC,
   OPPENHEIMER & CO. INC. and

11   JEFFERIES & COMPANY, INC.,

12              Defendants.

13       Pursuant to FRCivP 16(b), Civil L.R. 16-10(b), and Manual for Complex Litigation,

14   Fourth §§ 11.21 and 31.31 (2004), the parties stipulate, and the Court hereby orders, as follows:

15               **CONSOLIDATION OF RELATED CASES**

16       1.      Each of the actions listed above and on Exhibit A is related to *Inter-Local Pension*

17   *Fund GCC/IBT v. Rigel Pharmaceuticals, Inc., et al.*, Civil Case No. CV 09-0546 JSW within the

18   meaning of Civil L.R. 3-12 (a).  Pursuant to FRCivP 42(a), these cases are hereby consolidated

19   into Civil Action No. CV 09-0546 JSW (the "Consolidated Action") for pretrial proceedings

20   before this Court.  The Consolidated Action shall be captioned: "*In re Rigel Pharmaceuticals Inc.*

21   *Securities Litigation.*"

22       2.      All related actions that are subsequently filed in, or transferred to, this District

23   shall be consolidated into the Consolidated Action for pretrial purposes.  This Order shall apply to

24   every such related action, absent order of the Court.  A party that objects to such consolidation, or

25   to any other provision of this Order, must file an application for relief from this Order within

26   thirty (30) days after the date on which a copy of the order is mailed to the party's counsel,

27   pursuant to Paragraph 7, infra.

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA          1.

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW

1    3.    This Order is entered without prejudice to the rights of any party to apply for

2    severance of any claim or action, for good cause shown.

3                          **MASTER DOCKET AND CAPTION**

4    4.    The docket in Civil Action No. CV 09-0546 JSW shall constitute the Master

5    Docket for this action.

6    5.    Every pleading filed in the Consolidated Action shall bear the following caption:

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE RIGEL PHARMACEUTICALS          )          Master File No.  CV 09-0546 JSW
     INC. SECURITIES LITIGATION.          )
11                                        )
                                          )
12   _____     )          <u>CLASS ACTION</u>
     This Document Relates To:            )
13                                        )
                                          )
14   _____     )

15   6.    The file in Civil Action No. CV 09-0546 JSW shall constitute a Master File for

16   every action in the consolidated action.  When the document being filed pertains to all actions, the

17   phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:".

18   When a pleading applies only to some, not all, of the actions, the document shall list, immediately

19   after the phrase "This Documents Relates To:", the docket number for each individual action to

20   which the document applies, along with the last name of the first-listed plaintiff in said action

21   (e.g., "No. C 09-_____  (Doe))."

22   7.    The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12(b)

23   whenever a case that should be consolidated into the Consolidated Action is filed in, or

24   transferred to, this District.  If the Court determines that the case is related, the clerk shall:

25        (a)    place a copy of this Order in the separate file for such action;

26        (b)    serve on plaintiff's counsel in the new case a copy of this Order;

27        (c)    direct that this Order be served upon defendants in the new case; and

28        (d)    make the appropriate entry in the Master Docket.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA                        2.

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW

**LEAD PLAINTIFF'S COUNSEL**

8.      After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3) (B), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).  Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities.  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be responsible for communications with the Court.  Lead Plaintiff's Counsel shall maintain a master service list of all parties and counsel.

9.      Defendants' counsel may rely upon agreements made with Lead Plaintiff's Counsel.  Such agreements shall be binding on all plaintiffs.

10.     Any counsel of record for a party in the Consolidated Action who is not a member of the Bar of this District is hereby admitted to practice *pro hac vice* in this action.

**PLEADINGS AND MOTIONS**

11.     Defendants are not required to respond to the complaint in any action consolidated into the Consolidated Action, other than a consolidated complaint or a complaint designated as the operative complaint.

12.     Lead Plaintiff shall file a consolidated complaint within forty-five (45) days after filing the order designating the Lead Plaintiff and Lead Plaintiff's Counsel, unless otherwise agreed upon by the parties. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

13.     Defendants shall respond to the consolidated complaint within forty-five (45) days after service, unless otherwise agreed upon by the parties.  If defendants file any motions directed at the consolidated complaint, the opposition brief shall be filed within forty-five (45) days of the filing of that motion and the reply brief shall be filed within twenty (20) days of the filing of the opposition brief, unless otherwise agreed upon by the parties.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA                                    3.

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW

1    14.    The parties shall serve all papers on each other by hand, by overnight delivery, or

2  (by prior agreement) by electronic mail or facsimile, unless otherwise agreed upon by the parties.

3  Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Lead

4  Plaintiff's Counsel, by first-class mail, unless otherwise agreed upon by the parties.

5  Dated: March 18, 2009              COOLEY GODWARD KRONISH LLP
                                      WILLIAM S. FREEMAN (82002)
6                                     JOHN C. DWYER (136533)
                                      SHANNON M. EAGAN (212830)
7

8
                                      _____/s/_____
9                                     William S. Freeman (82002)

10                                    Attorneys for Defendants
                                      RIGEL PHARMACEUTICALS, INC., JAMES M.
11                                    GOWER, RYAN D. MAYNARD, DONALD G.
                                      PAYAN, RAUL R. RODRIGUEZ, ELLIOTT B.
12                                    GROSSBARD, JEAN DELEAGE, BRADFORD S.
                                      GOODWIN, GARY A. LYONS, WALTER H. MOOS,
13                                    HOLLINGS C. RENTON, PETER S. RINGROSE, and
                                      STEPHEN A. SHERWIN
14

15  Dated: March 18, 2009             COUGHLIN STOIA GELLER RUDMAN & ROBBINS
                                      LLP
16                                    CHRISTOPHER P. SEEFER (201197)
                                      DANIEL J. PFEFFERBAUM (248631)
17                                    DARREN J. ROBBINS (168593)
                                      MATTHEW P. MONTGOMERY (180196)

18

19
                                      _____/s/_____
20                                    Christopher P. Seefer (201197)

21                                    Attorneys For Plaintiff
                                      INTER-LOCAL PENSION FUND GCC/IBT

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA                          4.

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW

| 1  | Dated: March 18, 2009 | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
| 2  | | ALAN R. PLUTZIK (077758) |
| 3  | | L. TIMOTHY FISHER (191626) |

4

5  _____
    /s/
    Alan R. Plutzik (077758)

6  Attorneys For Plaintiff
   RODNEY SHIPWAY

7

8  Dated: March 18, 2009        MILBANK, TWEED, HADLEY & MCCLOY LLP
                                JERRY L. MARKS (135395)
9                               PAUL M. TORRES (240590)
                                ELIZABETH R. KOENIG (255756)

10

11  _____
     /s/
     Jerry L. Marks (135395)

12

13  Attorneys for Defendants
    CREDIT SUISSE SECURITIES (USA) LLC, THOMAS
14  WEISEL PARTNERS, LLC, OPPENHEIMER & CO.
    INC. and JEFFERIES & COMPANY, INC.

15

16  <u>**ATTESTATION PURSUANT TO GENERAL ORDER 45**</u>

17      I, William S. Freeman, am the ECF User whose ID and password are being used to file

18  this Stipulation and [Proposed] Consolidation Order. In compliance with General Order 45.X.B.,

19  I hereby attest that concurrence in the filing of this document has been obtained from each of the

20  other signatories. I declare under penalty of perjury under the laws of the United States of

21  America that the foregoing is true and correct. Executed this 18th day of March, 2009, at Palo

22  Alto, California.

23  _____
     /s/
24   William S. Freeman (82002)

25

26      **THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

27  Dated: March 19, 2009        _____
                                  United States District Judge
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA                          5.

STIPULATION AND [~~PROPOSED~~]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW

**EXHIBIT A**

**Related Cases**

*Inter-Local Pension Fund GCC/IBT v. Rigel Pharmaceuticals, Inc., James M. Gower, Ryan D. Maynard, Donald G. Payan, Raul R. Rodriguez, Elliott B. Grossbard, Jean Deleage, Bradford S. Goodwin, Gary A. Lyons, Walter H. Moos, Hollings C. Renton, Peter S. Ringrose, Stephen A. Sherwin, Credit Suisse Securities (USA) LLC, Thomas Weisel Partners, LLC, Oppenheimer & Co. Inc. and Jefferies & Company, Inc*., filed in the United States District Court for the Northern District of California on February 6, 2009, Case No. CV 09-0546 JSW; and

*Rodney Shipway v. Rigel Pharmaceuticals, Inc., James M. Gower, Ryan D. Maynard, Donald G. Payan, Raul R. Rodriguez, Elliott B. Grossbard, Jean Deleage, Bradford S. Goodwin, Gary A. Lyons, Walter H. Moos, Hollings C. Renton, Peter S. Ringrose, Stephen A. Sherwin, Credit Suisse Securities (USA) LLC, Thomas Weisel Partners, LLC, Oppenheimer & Co. Inc. and Jefferies & Company, Inc*., filed in the United States District Court for the Northern District of California on February 20, 2009, Case No. C 09-00766 SI.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

789726 v1/PA

6.

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NO. CV 09-00546 JSW